**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria DIVISION**

In re:
BHATT, NAVEEN PRASAD                    §        Case No. 20-12637-KHK
Debtor(s)                               §        Chapter 7
                                        §
                                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Donald F. King, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $18,880.52 | Assets Exempt: | $7,802.78 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $10,000.00 | Claims Discharged Without Payment: | $444,812.16 |
| Total Expenses of Administration: | $5,000.00 | | |

    3) Total gross receipts of $15,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $12,260.38 | $75,778.24 | $75,778.24 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $372,368.15 | $82,444.01 | $82,444.01 | $10,000.00 |
| **TOTAL DISBURSEMENTS** | $384,628.53 | $163,222.25 | $163,222.25 | $15,000.00 |

4) This case was originally filed under chapter 7 on 12/03/2020.  The case was pending for 41 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/02/2024

By: /s/ Donald  F. King

Trustee , Bar No.: 23125

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| NEP DEVELOPMENT LLC, 40% OWNERSHIP | 1229-000 | $15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | U.S SMALL BUSINESS ADMINISTRATION | 4110-000 | NA | $75,778.24 | $75,778.24 | $0.00 |
| N/F | American Honda Finance | 4110-000 | $12,260.38 | NA | NA | NA |
| | **TOTAL SECURED** | | **$12,260.38** | **$75,778.24** | **$75,778.24** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Donald F. King | 2100-000 | NA | $2,250.00 | $2,250.00 | $2,250.00 |
| Trustee, Expenses - Donald F. King | 2200-000 | NA | $7.38 | $7.38 | $7.38 |
| Attorney for Trustee Fees - ODIN FELDMAN & PITTLEMAN P. C. | 3110-000 | NA | $2,247.75 | $2,247.75 | $2,247.75 |
| Attorney for Trustee, Expenses - ODIN FELDMAN & PITTLEMAN P. C. | 3120-000 | NA | $94.70 | $94.70 | $94.70 |
| Bond Payments - BOND | 2300-000 | NA | $23.39 | $23.39 | $23.39 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $211.76 | $211.76 | $211.76 |
| Bank Service Fees - TriState Capital Bank | 2600-000 | NA | $165.02 | $165.02 | $165.02 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$5,000.00** | **$5,000.00** | **$5,000.00** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | NA | $6,428.55 | $6,428.55 | $779.76 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | $3,966.09 | $3,966.09 | $481.06 |
| 3 | JPMORGAN CHASE BANK, N.A. | 7100-000 | NA | $10,223.48 | $10,223.48 | $1,240.05 |
| 4 | PYOD, LLC | 7100-000 | NA | $1,377.33 | $1,377.33 | $167.06 |
| 6 | ROEE R. KIVITI AND ADIEL Y. KIVITI | 7100-000 | NA | $58,770.00 | $58,770.00 | $7,128.47 |
| 7 | Jefferson Capital Systems, LLC | 7100-000 | NA | $855.85 | $855.85 | $103.81 |
| 8 | Jefferson Capital Systems, LLC | 7100-000 | NA | $822.71 | $822.71 | $99.79 |
| N/F | Capital One Bank USA | 7100-000 | $3,966.24 | NA | NA | NA |
| N/F | Credit One Bank | 7100-000 | $1,316.26 | NA | NA | NA |
| N/F | Discover Financial Services | 7100-000 | $6,262.07 | NA | NA | NA |
| N/F | Erie Insurance Exchange | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Fedloan Servicing | 7100-000 | $86,296.00 | NA | NA | NA |
| N/F | JPMCB Card Services | 7100-000 | $9,979.02 | NA | NA | NA |
| N/F | Munir Dallawar | 7100-000 | $41,000.00 | NA | NA | NA |
| N/F | Munir Dellawar | 7100-000 | $41,000.00 | NA | NA | NA |
| N/F | Roee Kiviti | 7100-000 | $58,770.00 | NA | NA | NA |
| N/F | Sandeep Musinipally | 7100-000 | $47,600.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Small Business Administration | 7100-000 | $74,500.00 | NA | NA | NA |
| N/F | Synchrony Bank | 7100-000 | $855.85 | NA | NA | NA |
| N/F | Synchrony Bank | 7100-000 | $822.71 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$372,368.15** | **$82,444.01** | **$82,444.01** | **$10,000.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

Case No.: 20-12637-KHK

Case Name: NAVEEN PRASAD BHATT

For Period Ending: 05/02/2024

Trustee Name: (660500) Donald F. King

Date Filed (f) or Converted (c): 12/03/2020 (f)

§ 341(a) Meeting Date: 12/30/2020

Claims Bar Date: 08/03/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2015 HONDA PILOT LX, 80000 MILES | 13,300.00 | 0.00 | | 0.00 | FA |
| 2 | LIVING/FAMILY ROOM: 2 COUCHES ($600); BOOKCASE ($20); DESK ($20); 2 CHAIRS ($30); TABLE ($25); LAMP ($20); AND TELEVISION ($500) - $1,215 DINING ROOM: TABLE ($400); 5 CHAIRS ($100); CHINA($50); AND SILVERWARE($25)- $575 BEDROOMS: 3 BEDS($800); 3 DRESSERS($300); DESK ($100); MIRROR ($30); AND A LAMP ($10)-$1,240 KITCHEN: MICROWAVE( $75); REFRIGERATOR($250); DISHWASHER ($75); STOVE($150); CLOTHES WASHER($75); AND DRYER ($75)-$700 | 3,730.00 | 0.00 | | 0.00 | FA |
| 3 | X-BOX | 250.00 | 0.00 | | 0.00 | FA |
| 4 | COMPUTERS | 250.00 | 0.00 | | 0.00 | FA |
| 5 | 2 PRINTERS | 550.00 | 0.00 | | 0.00 | FA |
| 6 | SHIRTS, PANTS, UNDERGARMENTS, SHOES, ETC. | 200.00 | 0.00 | | 0.00 | FA |
| 7 | DOG | 1.00 | 1.00 | | 0.00 | FA |
| 8 | TOOLS | 150.00 | 0.00 | | 0.00 | FA |
| 9 | LAWN MOWER | 75.00 | 0.00 | | 0.00 | FA |
| 10 | CASH | 150.00 | 0.00 | | 0.00 | FA |
| 11 | CHECKING: UNITED BANK CHECKING (6030) - $45.36 | 45.36 | 0.00 | | 0.00 | FA |
| 12 | SAVINGS: UNITED BANK SAVINGS(6086)-$179.16 | 179.16 | 0.00 | | 0.00 | FA |
| 13 | DIVA COMPANIES, LLC, 100% OWNERSHIP | 0.00 | 0.00 | | 0.00 | FA |
| 14 | VOID<br>"Membership Interest – NEP Properties, LLC." | VOID | VOID | VOID | VOID | VOID |
| 15 | NEP DEVELOPMENT LLC, 40% OWNERSHIP (u) | 0.00 | 0.00 | | 15,000.00 | FA |
| 15 | Assets Totals (Excluding unknown values) | $18,880.52 | $1.00 | | $15,000.00 | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 20-12637-KHK  
**Case Name:** NAVEEN PRASAD BHATT  

**Trustee Name:** (660500) Donald F. King  
**Date Filed (f) or Converted (c):** 12/03/2020 (f)  
**§ 341(a) Meeting Date:** 12/30/2020  

**For Period Ending:** 05/02/2024  
**Claims Bar Date:** 08/03/2021  

**Major Activities Affecting Case Closing:**

2/7/2024 Pending Kiviti distribution check to clear before proceeding to TDR

**Initial Projected Date Of Final Report (TFR):** 12/31/2022  
**Current Projected Date Of Final Report (TFR):** 05/08/2023 (Actual)

| 05/02/2024 | /s/Donald F. King |
|---|---|
| Date | Donald F. King |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 20-12637-KHK | Trustee Name: | Donald F. King (660500) |
|---|---|---|---|
| Case Name: | NAVEEN PRASAD BHATT | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8470 | Account #: | ******5797 checking |
| For Period Ending: | 05/02/2024 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/06/22 | {15} | Loudoun Commercial Title LLC | Payoff from sale of Cary Street Property | 1229-000 | 15,000.00 | | 15,000.00 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 17.62 | 14,982.38 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 22.41 | 14,959.97 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 26.37 | 14,933.60 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 23.13 | 14,910.47 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 23.09 | 14,887.38 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 26.24 | 14,861.14 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 23.02 | 14,838.12 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 26.15 | 14,811.97 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 23.73 | 14,788.24 |
| 10/19/22 | | Transfer Debit to TriState Capital Bank acct XXXXXX0452 | Transition Debit to TriState Capital Bank acct XXXXXX0452 | 9999-000 | | 14,788.24 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **COLUMN TOTALS** | | 15,000.00 | 15,000.00 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 14,788.24 | |
| **Subtotal** | | 15,000.00 | 211.76 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$15,000.00** | **$211.76** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 20-12637-KHK | Trustee Name: | Donald F. King (660500) |
|---|---|---|---|
| Case Name: | NAVEEN PRASAD BHATT | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***8470 | Account #: | ******0452 Checking Account |
| For Period Ending: | 05/02/2024 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/19/22 | | Transfer Credit from | Transition Credit from | 9999-000 | 14,788.24 | | 14,788.24 |
| 10/31/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 22.91 | 14,765.33 |
| 11/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 25.24 | 14,740.09 |
| 12/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 23.62 | 14,716.47 |
| 01/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 25.15 | 14,691.32 |
| 02/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 21.97 | 14,669.35 |
| 03/02/23 | 1000 | INSURANCE PARTNERS AGENCY, LLC | Bond Disbursement | 2300-000 | | 23.39 | 14,645.96 |
| 03/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 24.26 | 14,621.70 |
| 04/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 21.87 | 14,599.83 |
| 08/15/23 | 1001 | ODIN FELDMAN & PITTLEMAN P. C. | {case.number}NAVEEN PRASAD BHATT  Distribution payment - | 3120-000 | | 94.70 | 14,505.13 |
| 08/15/23 | 1002 | ODIN FELDMAN & PITTLEMAN P. C. | {case.number}NAVEEN PRASAD BHATT  Distribution payment - | 3110-000 | | 2,247.75 | 12,257.38 |
| 08/15/23 | 1003 | Donald  F. King | {case.number}NAVEEN PRASAD BHATT  Distribution payment - | 2100-000 | | 2,250.00 | 10,007.38 |
| 08/15/23 | 1004 | Donald  F. King | {case.number}NAVEEN PRASAD BHATT  Distribution payment - | 2200-000 | | 7.38 | 10,000.00 |
| 08/15/23 | 1005 | DISCOVER BANK | {case.number}NAVEEN PRASAD BHATT  Distribution payment - | 7100-000 | | 779.76 | 9,220.24 |
| 08/15/23 | 1006 | CAPITAL ONE BANK (USA), N.A. | {case.number}NAVEEN PRASAD BHATT  Distribution payment - | 7100-000 | | 481.06 | 8,739.18 |
| 08/15/23 | 1007 | JPMORGAN CHASE BANK, N.A. | {case.number}NAVEEN PRASAD BHATT  Distribution payment - | 7100-000 | | 1,240.05 | 7,499.13 |
| 08/15/23 | 1008 | PYOD, LLC | {case.number}NAVEEN PRASAD BHATT  Distribution payment - | 7100-000 | | 167.06 | 7,332.07 |
| 08/15/23 | 1009 | ROEE R. KIVITI AND ADIEL Y. KIVITI | {case.number}NAVEEN PRASAD BHATT  Distribution payment - Voided on 12/10/2023 | 7100-004 | | 7,128.47 | 203.60 |
| 08/15/23 | 1010 | Jefferson Capital Systems, LLC | {case.number}NAVEEN PRASAD BHATT  Distribution payment - | 7100-000 | | 103.81 | 99.79 |
| 08/15/23 | 1011 | Jefferson Capital Systems, LLC | {case.number}NAVEEN PRASAD BHATT  Distribution payment - | 7100-000 | | 99.79 | 0.00 |
| 12/10/23 | 1009 | ROEE R. KIVITI AND ADIEL Y. KIVITI | {case.number}NAVEEN PRASAD BHATT  Distribution payment - Voided: check issued on 08/15/2023 | 7100-004 | | -7,128.47 | 7,128.47 |
| 12/10/23 | 1012 | ROEE R. KIVITI AND ADIEL Y. KIVITI | {case.number}NAVEEN PRASAD BHATT  Distribution payment - Voided on 02/07/2024 | 7100-004 | | 7,128.47 | 0.00 |
| 02/07/24 | 1012 | ROEE R. KIVITI AND ADIEL Y. KIVITI | {case.number}NAVEEN PRASAD BHATT  Distribution payment - Voided: check issued on 12/10/2023 | 7100-004 | | -7,128.47 | 7,128.47 |
| 02/07/24 | 1013 | ROEE R. KIVITI AND ADIEL Y. KIVITI | {case.number}NAVEEN PRASAD BHATT  Distribution payment - | 7100-000 | | 7,128.47 | 0.00 |

Page Subtotals:   $14,788.24   $14,788.24

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 20-12637-KHK | Trustee Name: | Donald F. King (660500) |
|---|---|---|---|
| Case Name: | NAVEEN PRASAD BHATT | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***8470 | Account #: | ******0452 Checking Account |
| For Period Ending: | 05/02/2024 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 14,788.24 | 14,788.24 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 14,788.24 | 0.00 | |
| | | Subtotal | | | 0.00 | 14,788.24 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $0.00 | $14,788.24 | |

*{ } Asset Reference(s)*    UST Form 101-7-TDR ( 10 /1/2010)    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 4

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 20-12637-KHK | **Trustee Name:** | Donald F. King (660500) |
| **Case Name:** | NAVEEN PRASAD BHATT | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***8470 | **Account #:** | ******0452 Checking Account |
| **For Period Ending:** | 05/02/2024 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $15,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $15,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5797 checking | $15,000.00 | $211.76 | $0.00 |
| ******0452 Checking Account | $0.00 | $14,788.24 | $0.00 |
| | **$15,000.00** | **$15,000.00** | **$0.00** |

05/02/2024
Date

/s/Donald F. King
Donald F. King

UST Form 101-7-TDR (10 /1/2010)