UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____Alexandria_____ Division

In re: Naveen Prasad Bhatt

DEBTOR NAME(S)                                              Case No.   20-12637-KHK

Debtor.

ORDER DISCHARGING TRUSTEE AND CLOSING CASE

    It appearing to the Court that  Donald F. King , Trustee, has reduced the property and effects of the estate to cash; that the Trustee has made distribution thereof and has rendered a full and complete account thereof, and that said Trustee has performed all other and further duties required in the administration of said estate; and upon Application of the said Trustee, and the review by the United States Trustee, and it further appearing to the Court that nothing further remains to be done in this matter

    It is ORDERED that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged and relieved of the trust.

WILLIAM C. REDDEN
CLERK OF COURT

Date: June 17, 2024

By: /s/Suzan Ramirez-Lowe
        Deputy Clerk

NOTICE OF JUDGMENT ORDER
ENTERED ON DOCKET:
June 17, 2024